UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 21-3023 & 22-1012
_____

CENTER FOR BIOLOGICAL DIVERSITY,
Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;
ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY
_____

On Petition for Review of Actions of the
United States Environmental Protection Agency
_____

Argued:  April 13, 2023
_____

Before:  CHAGARES, Chief Judge, SCIRICA and AMBRO, Circuit Judges

_____

ORDER AMENDING OPINION
_____

It is hereby ORDERED that the opinion in the above-captioned case, entered on July 25, 2023, is amended as follows:

1)      The words on page 18 on the final line starting with <because it does> to the end of the sentence on page 19, are deleted.

2)      On page 19, in the first paragraph, the words <satisfy the "reasonable specificity" requirement>, are deleted.  They are replaced by:  <adequately preserve the Center's objection>.

3)      On page 21, first line, the word <adequately> is inserted before <raise its concerns>.  In addition, in the following line, the words <with reasonable specificity> are deleted.

As these amendments do not alter the Court's judgment, an amended judgment will not be issued.

For the Court,


s/ Michael A. Chagares
Circuit Judge

DATED: September 5, 2023